IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WORKCENTRIC, LLC, | Case No. 24-10040 (MFW) |
| Alleged Debtor. | |

*AMENDED*[1] **NOTICE OF STATUS CONFERENCE AND AGENDA FOR THE HEARING SCHEDULED FOR FEBRUARY 27, 2024, AT 3:00 P.M. (ET)**

**To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov)**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

**STATUS CONFERENCE**

1. Notice of Status Conference Scheduled for February 27, 2024 at 3:00 p.m. (ET) [Docket No. 42; 2/22/24].

    Related Pleadings:

    A. Involuntary Petition Against a Non-Individual [Docket No. 1; 1/13/24].

    B. Motion of Workcentric 1, LLC, for (I) an Order Dismissing Involuntary Chapter 7 Case and Request for Award of Damages, Fees, and Costs for Bad Faith Filing or (II) an Order Abstaining from Entry of an Order for Relief with Respect to Involuntary Petition [Docket No. 16; 2/7/24].

    C. Motion to Dismiss the Involuntary Petition [Docket No. 17; 2/7/24].

    D. Notice of Intent to Serve Subpoenas [Docket No. 20; 2/9/24].

    E. Notice of Intent to Serve Subpoenas [Docket No. 23; 2/12/24].

---

[1] **Amended items appear in bold.**

F.      Emergency Motion of WorkCentric 1, LLC, To Strike Motion To Dismiss Involuntary Petition Filed By Purported Alleged Debtor [Docket No. 34; 2/16/24].

G.      Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. § 707(a) and 305(a), or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S. § 362(D)(1), (2) [Docket No. 36; 2/19/24].

H.      Motion to Shorten Time for the Emergency Motion of WorkCentric 1, LLC, To Strike Motion To Dismiss Involuntary Petition Filed By Purported Alleged Debtor [Docket No. 39; 2/21/24].

I.      Preliminary Objection of Workcentric, LLC to Emergency Motion of WorkCentric 1, LLC to Strike Motion to Dismiss Involuntary Petition Filed by Purported Alleged Debtor and Request for Emergency Determination of Issues Raised Therein, and Request for Scheduling Order Relating to Adjudication of Threshold Corporate Authority Issues [Docket No. 40; 2/21/24].

J.      Order Setting Status Conference [Docket No. 41; 2/22/24].

K.      **[REDACTED] Objection of Petitioning Creditor Pipe Technologies, Inc. to Motions to Dismiss the Involuntary Petition Filed by Alleged Debtor and WorkCentric 1, LLC [Docket No. 51; 2/23/24].**

L.      **[REDACTED] Declaration of Lucus Voiles [Docket No. 52; 2/23/24].**

M.      **[REDACTED] Declaration of James W. Burke [Docket No. 53; 2/23/24].**

N.      **Declaration of R. Colby Allsbrook [Docket No. 54; 2/23/24].**

O.      **[SEALED] Objection of Petitioning Creditor Pipe Technologies, Inc. to Motions to Dismiss the Involuntary Petition Filed by Alleged Debtor and WorkCentric 1, LLC [Docket No. 55; 2/23/24].**

P.      **[SEALED] Declaration of Lucus Voiles [Docket No. 56; 2/23/24].**

Q.      **[SEALED] Declaration of James W. Burke [Docket No. 57; 2/23/24].**

<u>Status</u>:  At the request of the Court, a status conference will be held.

- 3 -

| | |
|---|---|
| Dated: February 23, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Email:   desgross@chipmanbrown.com<br><br>*Counsel for WorkCentric 1, LLC, in its role as sole manager for WorkCentric, LLC, and on behalf of WorkCentric, LLC, the Alleged Debtor* |