**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WORKCENTRIC, LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 24-10040 (MFW)<br><br>**Related Docket No. 160** |

**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION OF SUNZ INSURANCE SOLUTIONS LLC AND WORKCENTRIC 1, LLC FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON DOCKS SUTHERLAND VIA COUNSEL AND ELECTRONIC SERVICE**

Upon consideration of the Joint Motion of Sunz Insurance Solutions LLC ("**Sunz**") and WorkCentric 1 LLC ("the **Manager**") in its role as sole manager for WorkCentric, LLC, and on behalf of WorkCentric LLC, the alleged debtor (the "**Alleged Debtor**") collectively with Sunz, "**Movants**"), for leave to serve previously-issued subpoenas upon Benjamin Paul Sutherland, a/k/a Docks Sutherland, through his counsel, specifically lawyers at the firms of Holland & Knight, LLP, and Quinn Emanuel Urquhart & Sullivan, LLP (collectively, the "**Lawyers**"), and via electronic mail (the "**Motion**")[1] and the Court having reviewed the Motion, and Responses and Replies thereto, and having heard the statements of counsel at a hearing before the Court (the **"Hearing"**); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in part and DENIED in part.

2. Movants are permitted to serve Docks Sutherland with a subpoena via email

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

and through Holland & Knight LLP no later than ten (10) days of entry of this Order.

3. Movants' request to serve Docks Sutherland with a subpoena through Quinn Emanuel Urquhart & Sullivan, LLP is denied.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from this Order, including to enforce and interpret the provisions of this Order.

**Dated: November 25th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**