IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WORKCENTRIC, LLC,<br><br>          Alleged Debtor. | Chapter 7<br><br>Case No. 24-10040 (MFW)<br><br>**Related Docket Nos. 177, 241. 251, 253** |

### ORDER GRANTING JOINT MOTION FOR SUMMARY JUDGMENT AND DISMISSING INVOLUNTARY BANKRUPTCY CASE

This matter came for hearing on March 4, 2025 at 10:00 a.m. (the "Hearing") before the Court upon (i) the Motion for Summary Judgment of WorkCentric LLC, and Sunz Insurance Solutions, LLC (Docket No. 177) (the "**Motion**"); (ii) Petitioning Creditor Pipe Technologies Inc's Opposition to WorkCentric LLC and Sunz Insurance Solutions, LLC's Joint Motion for Summary Judgment (Docket No. 241) (the "**Objection**"); (iii) Reply Brief in Support of WorkCentric LLC's and Sunz Insurance Solutions, LLC's Motion for Summary Judgment (Docket No. 251), and (iv) Sur-Reply of Pipe Technologies Inc. (Docket No. 253); and the Motion and related filings having come before the Court at a hearing (the "**Hearing**") held on March 4, 2025; and the Court having reviewed the pleadings and the exhibits as presented on the record of the Hearing and having heard the argument of counsel for all parties at the Hearing; and after due deliberation thereon and good and sufficient cause appearing therefor; and for the reasons stated by the Court on the record of the Hearing; the Court hereby **FINDS** that

    A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 334;

    B. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2);

    C. Notice of the Motion and the Hearing was sufficient and proper and no other or further notice is necessary;

D. Pipe Technologies, Inc.'s claim against the Alleged Debtor is contingent as to liability;

F. Pipe Technologies, Inc.'s claim against the Alleged Debtor is subject to bona fide disputes as to both liability and amount;

G. The Alleged Debtor is obligated to at least 12 holders of claims that are not contingent as to liability and are not subject to any dispute;

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED** and the Objection is **OVERRULED**, for the reasons set forth by the Court at the Hearing, including the Court's factual findings as stated on the record.

2. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable by Rules 7056 and 9014 of the Federal Rules of Bankruptcy Procedure, summary judgment is entered in favor of the Movants and against Pipe.

3. The Involuntary Case is **DISMISSED.**

4. Pursuant to 11 U.S.C. Section 349(b), the Court expressly preserves its *Order Striking Unauthorized Motion to Dismiss and Granting Further Relief* (Docket No. 107) (the "**Control Order**"), including all findings of facts and conclusions of law relied upon by the Court in entering the Control Order.

5. This Court shall retain jurisdiction to hear and determine any disputes arising from or relating to the interpretation, implementation, and enforcement of the terms and provisions of this Order.

6. This Court shall also retain jurisdiction to adjudicate any timely filed motion by the Alleged Debtor or Sunz Insurance Solutions, LLC seeking to recover any damage arising, relating, or concerning the commencement of this case against any party that executed the involuntary petition (Docket No. 1) pursuant to 11 U.S.C. Section 303(i) and any other applicable authority.

Dated: March 13th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE